IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| WILLIE E. BARFIELD, | ) | 8:07CV408 |
| | ) | |
| Plaintiff, | ) | MEMORANDUM |
| v. | ) | AND ORDER |
| | ) | |
| NEW BIRTH HOME, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the plaintiff's motion for leave to proceed in forma pauperis (IFP). (Filing 2.) Upon review of the plaintiff's financial affidavit, the plaintiff is provisionally granted leave to proceed IFP.

IT IS ORDERED that the plaintiff's motion for leave to proceed IFP (filing 2) is provisionally granted.

October 30, 2007.

BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge