IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WILLIE D. BARFIELD, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NEW BIRTH HOME, )<br>)<br>Defendant. )<br>) | 8:07CV408<br><br><br>**MEMORANDUM<br>AND ORDER** |

    This matter is before the court on its own motion. On February 27, 2008, the court entered a Memorandum and Order (filing no. 15) ordering Plaintiff to file an amended complaint by March 27, 2008.

    Filing no. 15 was sent by the Clerk of the court to Plaintiff at his last known address, but the mailing was returned as undeliverable. (Filing No. 18.) No forwarding information is available to the court. *See* Neb. Gen. R. 1.3(e) and (g) (requiring pro se parties to adhere to local rules and inform the court of address changes within 30 days). This case cannot be prosecuted in this court if Plaintiff's whereabouts remain unknown.

    IT IS THEREFORE ORDERED that:

    1.    Plaintiff is given until April 14, 2008 to apprise the court of his current address, in the absence of which this case will be dismissed without prejudice and without further notice.

    2.    The Clerk of the court is directed to set a pro se case management deadline in this case using the following text: April 14, 2008: show cause deadline for failing to maintain a current address with the court.

April 2, 2008.                          BY THE COURT:

*s/Richard G.  Kopf*
United States District Judge