IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| WILLIE D. BARFIELD, | ) | |
| | ) | |
| Plaintiff, | ) | 8:07CV408 |
| | ) | |
| v. | ) | |
| | ) | **MEMORANDUM** |
| NEW BIRTH HOME, | ) | **AND ORDER** |
| | ) | |
| Defendant. | ) | |

This matter is before the court on its own motion. On April 2, 2008 this court entered a Memorandum and Order instructing Plaintiff to inform the court of his current address by April 14, 2008. (Filing No. 19.) Plaintiff was warned that this case cannot be prosecuted if Plaintiff's whereabouts remain unknown. Plaintiff has failed to provide the court with his current address by the court imposed deadline. Accordingly, this case is dismissed without prejudice.

IT IS THEREFORE ORDERED that:

1. Plaintiff failed to respond to this court's April 2, 2008 Memorandum and Order requiring that he provide the court with a current address. This action is therefore dismissed without prejudice.

2. A separate judgment will be entered in accordance with this Memorandum and Order.

April 16, 2008.   BY THE COURT:

*s/Richard G. Kopf*
United States District Judge